**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., Suite 104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Alon Hammer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALON HAMMER,<br><br>    Defendant. | CASE NO.  6:15-mj-00082-MJS<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE PURSUANT TO FEDERAL RULE 43;  ORDER THEREON** |

      Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, ALON HAMMER, having been advised of his right to be present at all stages of proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, CAROL ANN MOSES, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

      Mr. Hammer was arrested on September 13, 2015, in Yosemite National Park. Mr. Hammer is charged with Possession of a Controlled Substance – Marijuana, Reckless Driving, and Failure to Obey a Traffic Control Device.

      Mr. Hammer lives in Israel.  Mr. Hammer contacted defense counsel on September 17,

1  2015, requesting assistance in advancing his initial appearance so he could appear in court prior
2  to his prepaid departure for Israel on October 5, 2015.

3  Defense counsel immediately contacted the Legal Officer for the National Park Service,
4  Susan St. Vincent who advised that the Criminal Complaint would be filed in a week, but that the
5  Court needed the Complaint two weeks before the Defendant's initial appearance date.  The
6  Criminal Complaint was filed September 22, 2015.  Additionally, Ms. St. Vincent believed the
7  Court to have filled the allotted initial appearance spots for each court date before Mr. Hammer's
8  departure that defense counsel was available.

9  As such, Mr. Hammer, through his attorney of record applies for a Rule 43 Waiver for his
10  personal appearance for his initial appearance, all status conferences and non-dispositive motions.
11  Ms. St. Vincent does not object to the Rule 43 Waiver.  Ms. St. Vincent tentatively scheduled
12  Mr. Hammer's initial appearance for December 1, 2015.

13  Mr. Hammer used due diligence to get before the court prior to his October 5, 2015,
14  departure to Israel.  A one-way flight to Israel takes 15 hours and a round trip costs approximately
15  $1,500.  Mr. Hammer has lived in Israel for 19 years.  He is a full time student at the University at
16  Minshar for the Arts where he studies film making.  Additionally, he works as a film maker in
17  Israel.

18  Mr. Hammer requests the Court grant the proposed Rule 43 Waiver of his personal
19  appearance for his initial appearance, all status conferences and non-dispositive motions.

20

21  Dated:  September 30, 2015                        /s/ Alon Hammer
                                                     ALON HAMMER
22

23

24  Dated:  September 30, 2015                        /s/ Carol Ann Moses
                                                     CAROL ANN MOSES
25                                                   Attorney for Defendant,
                                                     ALON HAMMER
26

27

28

WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE

2

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

Defendant, ALON HAMMER'S appearance may be waived at any and all non-substantive pretrial proceedings in accordance with Rule 43 of the Federal Rules of Criminal Procedure until further order of the Court.

IT IS SO ORDERED.

Dated:   October 5, 2015                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

WAIVER OF DEFENDANT'S
PERSONAL APPEARANCE

3