**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Alon Hammer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00082-MJS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE TO JANUARY 27, 2016; ORDER THEREON** |
| ALON HAMMER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, ALON HAMMER, his attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, MATTHEW McNEASE, that the Status Conference in the above-captioned matter

///

///

///

///

///

///

///

currently scheduled for January 26, 2016, at 10:00 a.m. be continued until January 27, 2016, at 10:00 a.m.  Defense counsel wishes to consolidate trips to Yosemite.

Dated:  January 13, 2016                /s/ Carol Ann Moses
                                        CAROL ANN MOSES
                                        Attorney for Defendant,
                                        ALON HAMMER


Dated:  January 13, 2016                /s/ Matthew McNease
                                        MATTHEW McNEASE
                                        Acting Legal Officer
                                        National Park Service


ORDER

The Status Conference for Defendant, Alon Hammer, currently scheduled for January 26, 2016, at 10:00 a.m. shall be continued to January 27, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 15, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE
STATUS CONFERENCE TO
JANUARY 27, 2016                                              2