1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
3 Fresno, California  93711
Telephone:  (559) 449-9069
4 Facsimile:    (559) 513-8530

5 Attorney for Defendant, ALON HAMMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00082-MJS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTENSION OF PROBATION TO MAY 31, 2017; ORDER THEREON** |
| ALON HAMMER, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, ALON HAMMER, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that probation for Mr. Hammer be extended to May 31, 2017.  This extension will permit Mr. Hammer to complete his community service hours as ordered in the Judgment imposed on April 5, 2016.

Dated:  March 2, 2017                         /s/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant,
                                              ALON HAMMER


Dated:  March 2, 2017                         /s/ Susan St. Vincent
                                              SUSAN ST. VINCENT
                                              Legal Officer
                                              National Park Service

STIPULATION TO EXTEND
PROBATION TO MAY 31, 2017

1

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

Probation for Defendant ALON HAMMER shall be extended to May 31, 2017.  Mr. Hammer is ordered to complete the 25 hours of community service and submit proof to the Court through counsel.  A review hearing is scheduled for May 16, 2017.

IT IS SO ORDERED.

Dated:   March 3, 2017          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE